FILED
CLERK, U.S. DISTRICT COURT

NOV 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT

8       CENTRAL DISTRICT OF CALIFORNIA

9

10    FORMING TSAI,                          )   No. CV 13-7967 UA (DUTYx)
                                            )
11                      Plaintiff,          )   ORDER SUMMARILY REMANDING
                                            )   ACTION TO STATE COURT
12          v.                              )
                                            )
13    ARTELLIA FAITH JOHNSON and            )
      DOES 1 THROUGH 10, Inclusive,         )
14                                          )
                        Defendants.         )
15    _____)

16          The Court will remand this "Complaint for Unlawful Detainer," Case No.

17    13P04534, to state court summarily because Defendant removed it improperly.

18          On October 29, 2013, Defendant Artellia Faith Johnson, having been sued in what

19    appears to be a routine unlawful detainer action in California state court, lodged a Notice

20    of Removal of that action to this Court and also presented an application to proceed

21    *in forma pauperis*.

22          The Court has denied the *in forma pauperis* application under separate cover

23    because the action, again, was not properly removed.  To prevent the action from

24    remaining in jurisdictional limbo, the Court issues this Order to remand the action to

25    state court.

26          Simply stated, as the Court has previously determined, Plaintiff could not have

27    brought this action in federal court in the first place, in that Defendant does not

28    competently allege facts supplying either diversity or federal-question jurisdiction, and

therefore removal is improper.  28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed.2d 502 (2005).  Even if complete diversity of citizenship existed, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question.  *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, Pasadena Judicial District, 300 E. Walnut Street, Pasadena, California 91101 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: _11/14/13_

_____
GEORGE H. KING
Chief United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2